United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 24, 2014
Docket #: 14-3131cv
Short Title: Clavin v. County of Orange

DC Docket #: 14-cv-769
DC Court: SDNY (WHITE PLAINS)
DC Judge: Briccetti

## NOTICE OF EXPEDITED APPEAL

By notice filed August 26, 2014, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than October 29, 2014, 35 days from the date of this notice. Appellee's brief is due no later than December 3, 2014 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8506.